## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **RAFAEL CORDERO** | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **Case No. _____** |
| | § | |
| **LABORERS UNION INTERNATIONAL** | § | |
| **OF NORTH AMERICA (Local 517)** | § | |
| **Defendant** | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff Rafael Cordero files this Original Complaint against Defendant Laborers Union International of North America (Local 517), alleging violation of the Florida Civil Rights Act of 1992, Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, and the Age Discrimination in Employment Act.  Plaintiff requests damages, punitive damages, interest, attorneys' fees, and costs for Defendants' unlawful acts.

## I.    PARTIES AND SERVICE

1.    Plaintiff Rafael Cordero is a resident of Orange County, Florida.  At all times relevant, he was a resident of Orange County, Florida.

2.    Defendant Laborers Union International of North America (Local 517) has offices at 580 Irene St, Orlando, FL 32805 and can be served through Ted Green, its General Counsel, 905 16th Street, Northwest, Washington, DC 20006.

## II.    JURISDICTION AND VENUE

3.    Jurisdiction of this case is proper under 28 U.S.C.A. 1331 and the Doctrine of Concurrent Jurisdiction. *Yellow Freight Systems v. Donnlley,* 494 US 820 (1990).

4.    Venue is proper under 28 U.S.C.A. 1391.

5.      Plaintiff filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission (the "EEOC"), which is automatically dual filed with the Florida Commission Human Relations on February 24, 2017 (510-2017-02788) and on May 9, 2018 (510-2018-04289) alleging age, sex, race and disability discrimination and retaliation. The February 2017 and May 2018 charges are collectively, the "Employer Charges". On April 16, 2018 Plaintiff filed a Charge of Discrimination with the EEOC which is automatically duel filed with the Florida Commission on Human Relations and has received a right to sue letter. This action is being commenced within This action is being commenced within ninety (90) days of Plaintiff's receipt of the Right to Sue pursuant to 42 U.S.C. § 2000e-5(f)(1).

### III.    FACTUAL SUMMARY

6.      Plaintiff is a 53 year old Puerto Rican male. He suffers from the disability of bi-polar disorder.

7.      He has worked for Orange County ("Employer") as a Facility Maintenance Lead at the current wage of $24.03 per hour.

8.      He has, from at least April 23, 2014, periodically and persistently informed Employer and Wayne Revella, Chief Union Steward, Laborers' Local 517 and David Brier, Business Manager, Laborers' Local 517 of his bi-polar disability. Since that time, although requested to keep it confidential, Employer disclosed the nature of his disability to his co-employees.  As a result, Plaintiff has been subjected to a constant toxic work environment which includes daily harassment, discrimination, unequal treatment, offensive jokes, unwelcomed conduct, sexually and racially oriented jokes and comments, intimidation, offensive and abusive language, all of which have had a physical and emotional effect on Plaintiff that disrupted his ability to work and have caused him problems in his personal life.

9.     Plaintiff has kept a chronological account of the above described conduct via various methods, including extemporaneous email and notes.  It is set forth below. (This account is meant to be an illustrative "highlights reel" and not an exhaustive account.)

## TIMELINE

I had endured this behaviors of toxic work environment for many years.  I was subjected to harassment, discrimination, unequal treatment, offensive, unwelcome conduct, sexual oriented jokes, and comments, intimidation, offensive, abusive language, that went beyond rudeness, defamation, and slander.

These behaviors have a physical and emotional effect that disrupted my ability to work and I am encountered problems in my personal life. My career path was interrupted by these behaviors and comments that I feel scared to get another job.  Management was aware of the problem, but refused to resolve it.

This has tarnished as a result of fraudulent statement from these employees. The statement were indented to cause harm.  The persistently and constantly unpleasant jokes about my disability made and the constant harassment by supervisor embarrassing me by in front of co-workers.

Management created an offensive and unpleasant working environment and failed to provide me with a good comfortable working environment condition or accommodation and a safety work environment. Management retaliated against me because I engaged in a protected activity.

## NORTH AND SOUTH BUILDING.

On Wednesday, April 23, 2014 at approximately 10:28 am, I sent an email to Christine Murphy, Ex-Human Resource Supervisor and told her that my disability information **had been disclosed to other county employee and I would like my disability to be confidential.**

On Friday, July 18, 2014 at approximately 11:11am, I went to Human Resources to speak to Rose Robinson. **I observed Ms. Robinson setting up her phone on a recording mode and placed it on her desk.  When we finished the conversation, she stopped the recording.** I asked her, if she is recording my conversation which she ignored. I asked her again, which she responded "You know what."  She departed he office. This is the type of harassment that I am exposed everyday. I know she was recording, because she did it in front of my face.

On Thursday January 15, 2015 at 10:38 am, I send an email to Trinidad Wilson, Facility Maintenance supervisor, and Jose Locquiao, ex-Facility Maintenance Assistant Supervisor and notified them of **the hostile work environment, the harassment and disparaged comments that I am encountered every day by Rae Foster.  Rae is very confrontational and posed a threat to everyone her.** Every morning while I am conducting the briefing meeting, she started to harass me by being very confrontational and very disrespectful, very loud making disparaged comment towards me. I notified David Wharton, Facility Maintenance Assistant Manager and Terry Devitt, Facility Maintenance Supervisor. **My complaint was ignored**

On Tuesday, January 20, 2015 at approximately 11:00 am, I was called to by Trinidad Wilson Facility Maintenance Supervisor for the North/South Building to ask me why I did not let Deborah Geer, Facility Maintenance Prime timer employee go to lunch, after he was notified by Deborah that Rae was lying. I told Trinidad that I don't like what he is doing and I feel harass by him. **Trinidad told me that he does not care about what I feel.** I notified Terry Devitt, Facility Maintenance Manager, Trinidad Wilson, , David Wharton, Facility Maintenance Assistant Manager, and Jose Locquioa, ex-Facility Maintenance Supervisor.

On Wednesday, January 21, 2015 at approximately 6:35 am, while talking with Deborah Geer, Facility Maintenance, Prime-timer, Rae Foster, Facility Maintenance, Tech III rudely interrupted the conversation accused me of being disrespectful to women. **Rae continue using language hints suggests, sexual content about me and Ms. Geer. Rae used innuendo sex comments about me and Ms. Geer of have a sexual relation. Ms. Geer asked Rae what do you mean? Rae asked Ms. Geer if she had gave Rico a piece of ass.** Ms. Geer felt humiliated about her comments and I notified Trinidad Wilson.  Trinidad ignored my complaint and did nothing about it. **Rae continued every day making sex comments toward me.** Terry Devitt, Facility Maintenance Manager, Trinidad Wilson, Facility Maintenance Supervisor, David Wharton, Facility Maintenance Assistant Manager, and Jose Locquioa, ex-Facility Maintenance Supervisor.

On Friday, January 23, 2015 at approximately 12:30 pm, I notified Terry Devitt, Facility Maintenance Manager, Trinidad Wilson, Facility Maintenance Supervisor, David Wharton, Facility Maintenance Assistant Manager, and Jose Locquioa, ex-Facility Maintenance Supervisor about **Rae Foster, Facility Maintenance, Tech III continue harassment and malicious comments with sex connotation against me**. **Trinidad Wilson ignored my complaint and told me to go to work**.

On Saturday January 31, 2015 at approximately 12:09 pm , I sent an email to Jose Locquiao ex- Facility Maintenance Supervisor about an incident that happened on Tuesday, January 20, 2015 at approximately 11:00 am. **Rae**

**Foster continue harassment and malicious false allegation against me.
Rea Foster continued to create problem by falsely notifying Trinidad
Wilson, Facility Maintenance Supervisor that I was keeping Ms.
Deborah Geer, Facility Maintenance, Prime-timer to go to lunch with
her.** Ms. Geer notified me that Trinidad asked her if I kept her from going to
lunch with Rae. I was called to report to Trinidad's office. **Trinidad
became loud and tried to intimidate me by accusing me of harassing
Rae.** I notified Terry Devitt, Facility Maintenance Manager, David Wharton,
Facility Maintenance Assistant Manager, and Jose Locquioa, ex-Facility
Maintenance Supervisor.

On Friday, March 4, 2015, at approximately 6:35 am, Rae Foster, Facility
Maintenance, Tech III **told Robert** Woods, that she was going to jail so
**bailed me out, am going to kill a fucking baster today**. I immediately
notified Trinidad Wilson, Facility Maintenance Supervisor, David Wharton,
Facility Maintenance Assistant Manager, and Jose Locquioa, ex-Facility
Maintenance Supervisor and Human Resources of the problem. Nothing was
done about it.

On Friday, March 5, 2015, at approximately 6:35 am, I received a witness
statement from Charles Lehman, Facility Maintenance, Prime-timer stating
how Rae Foster, Facility Maintenance, Tech III **conducted herself every
morning of every day disrupted the briefing meeting and being very
disrespectful toward me.** I gave a copy of the witness statement to Trinidad
Wilson. Trinidad Wilson, Facility Maintenance Supervisor, David Wharton,
Facility Maintenance Assistant Manager, and Jose Locquioa, ex-Facility
Maintenance Supervisor and Terry Devitt, Facility Maintenance Manager
were notified

On Tuesday, March 8, 2015, I received an email from Kemail Bajramoski,
Facility Maintenance, Prime-timer **indicating the harassment and the
hostile work environment that I was exposed by Rae Foster**. I notified
Terry Devitt, Facility Maintenance Manager, Trinidad Wilson, Facility
Maintenance Supervisor, David Wharton, Facility Maintenance Assistant
Manager, and Jose Locquioa, ex-Facility Maintenance Supervisor.

On Saturday March 21, 2015 at approximately 5:14 pm, I sent an email to
Jose Locquiao, ex-Facility Maintenance Assistant Supervisor about an
incident that happened in the morning briefing with Rae Foster.  While I
was conducting the briefing meeting, **Rae came in disrupting the briefing
meeting at 6:30 am and became to harass me by being very belligerent,
very loud  and very disrespectful telling shut up crazy in front of co-
workers and refusing to take order and to follow instruction by Erick
Gill and me both Facility Maintenance, Tech IV Leads.**  Trinidad Wilson,
Facility Maintenance Supervisor, David Wharton, Facility Maintenance

Assistant Manager, and Jose Locquioa, ex-Facility Maintenance Supervisor. Terry Devitt Facility Maintenance Manager was notified.

On Thursday, April 30, 2015, I was approached by Ernie Baldwin, Facility Maintenance, Tech III and notified me that Rae Foster, Facility Maintenance, Tech III is asking him to do her job. I notified Rae in front of Ernie**. Rae began to harass me in front of Ernie and became very disrespectful using profanity stating you do the fucking job, and she refused to do her job. She began to call me crazy take your medicine**. Trinidad Wilson, Facility Maintenance Supervisor, David Wharton, Facility Maintenance Assistant Manager, and Jose Locquioa, ex-Facility Maintenance Supervisor were notified about her behavior.

On Tuesday, June 9, 2015 at approximately 6:45 am, while conducting the morning briefing meeting, I was rudely interrupted by Rae Foster. **She became belligerent and refused to follow order**. **She began to harassed and embarrassed me in front of other co-workers.** I received an email from Kemail Bajramoski, Facility Maintenance, Prime-timer stating the **harassment, hostile work environment and nasty behavior that I go thru.** Trinidad Wilson, Facility Maintenance Supervisor, David Wharton, Facility Maintenance Assistant Manager, and Jose Locquioa, ex-Facility Maintenance Supervisor and Terry Devitt, Facility Maintenance Manager.

On Wednesday, June 10, 2015 at approximately 12:50 pm, Rae Foster, Facility Maintenance, Tech III approached Mr. Richard Jones, Top Talen Temporary worker in the break room and began to verbally attack him. I immediately intervene and asked Rae not to use profanity against the temp. **Rae told me "Fuck you, crazy baster, nobody is taking to you."** Trinidad Wilson, Facility Maintenance Supervisor, David Wharton, Facility Maintenance Assistant Manager, and Jose Locquioa, ex-Facility Maintenance Supervisor, Terry Devitt, Facility Maintenance Manager and Human Resources Supervisor were notified.

 On Friday June 12, 2015, at approximately 10:27 am, I received an email from Richard Jones, a temporary worker and informed me of the **misconduct and out of control behavior of Rae Foster**. Mr. Jones notified me that while entering the Facility Maintenance Room, **Rae Foster stopped and placed her hand on his face. He felt threaten by her behavior.** I immediately notified Terry Devitt, Facility Maintenance Manager, Trinidad Wilson, Facility Maintenance Supervisor, David Wharton, Facility Maintenance Assistant Manager, and Jose Locquioa, ex-Facility Maintenance Supervisor and sent them and gave them a copy of the email.

On Wednesday, June 17, 2015, at approximately 8:45 am, Rae Foster Facility Maintenance, Tech III called over the radio and notified Trinidad

Wilson, Facility Maintenance Supervisor of a broken door inside the food court. Trinidad called me to fix it.  Showing preference over me and the rest of the co-workers. I am a tech IV Lead and she is telling everyone what to do. I spoke with Trinidad Wilson, Facility Maintenance Supervisor, David Wharton, Facility Maintenance Assistant Manager. **They both ignored my complaint and told me to fix it. I notified  Jose Locquioa, ex-Facility Maintenance Supervisor and he told me that Trinidad and David showed preference to her because she is black and discriminated against me because am Puerto Rican.**

On December, 9, 2015, **Rae Foster, Facility Maintenance, Tech III, became belligerent out of control and began to use profanity against Teresa, Facility Maintenance, Tech III and called her a Bitch**, because she was waiting in the elevator for me. I notified Terry Devitt, Facility Maintenance Manager, Trinidad Wilson, Facility Maintenance Supervisor, David Wharton, Facility Maintenance Assistant Manager, and Jose Locquioa, ex-Facility Maintenance Supervisor and Human Resources Supervisor were notified.

On December 12, 2015 at approximately 11:30am I sent an email to Trinidad Wilson, Facility Maintenance Supervisor about **defending myself of malicious and false allegation and harassment against me by Rae Foster accusing me of returning back to the office after clocking out to harasser.** The day in question I was walking out with Leroy Pugh, Facility Maintenance, Tech IV and Deborah Geer, Facility Maintenance Prime-timer, which were my witnesses and they notified Trinidad Wilson that the allegation by Rae Foster was false. **Trinidad Wilson called me to his office, ignored my witnesses and accused me of coming back to the office to harasser Rae. I told Trinidad that I feel harass by him, in which he responded "I don't care," I immediately notified** David Wharton, Facility Maintenance Assistant Manager and Monica Woods, Human Resources Supervisor. The did nothing and ignored my complaint.

On Tuesday, December 15, 2015, 11:00 am at approximately 11:00 am, I was approached by Robert Williams, Center Plate Employee and he told me to quick harassing Rae Foster. Mr. Williams told me that Rae is telling everyone round the building **that I am harassing her and asking her to have sex with her.**  immediately notified Trinidad Wilson, Facility Maintenance Supervisor and told him that I feel harassed by Rae Foster making the work environment uncomfortable, hostile or sexually charged. **I told Trinidad Wilson that I worked on an environment that includes sexual innuendo on a regular basis and is making my work so uncomfortable that my performance begins to suffer. My complaint was ignored.**

On Tuesday, December 15, 2015, at approximately 2:15 pm, I sent an email to David Wharton, Facility Maintenance Assistant Manager requesting a meeting and asking **to please help me to stop the harassment, verbal abuse and the false accusation from Rae Foster Facility Maintenance, Tech III.**

On Wednesday, December 23, 2015, while walking to my car with Rocky Carmean, Facility Maintenance, Tech III we observed that Rae Foster, Facility Maintenance, Tech III parked her car next to mine. **Rae Foster continued staking me. Rae waited for me to get in my car and she began to follow me.** I notified Terry Devitt, Facility Maintenance Manager, Trinidad Wilson, Facility Maintenance Supervisor, David Wharton, Facility Maintenance Assistant Manager, and Jose Locquioa, ex-Facility Maintenance Supervisor and Human Resources Supervisor were notified. **My complaint was ignored**

On Tuesday, December 29, 2015, at approximately 6:35 am, while conducting the briefing meeting, **Rae Foster, Facility Maintenance, Tech III came late to the room and stood with a knife on her hand stared at me and moving the knife trying to intimidate me.** Terry Devitt, Facility Maintenance Manager, Trinidad Wilson, Facility Maintenance Supervisor, David Wharton, Facility Maintenance Assistant Manager, and Jose Locquioa, ex-Facility Maintenance Supervisor and Human Resources Supervisor were notified. **My complaint was ignored**

On Wednesday, December 30, 2015 at approximately 2:56 pm, while I was talking to Danny Looney, Facility Maintenance, Prime-timer, **Rae Foster, Facility Maintenance, Tech III passed by me and pushed me**. I **asked not to push me, and she told me that she will do it again.** I notified Terry Devitt, Facility Maintenance Manager, Trinidad Wilson, Facility Maintenance Supervisor, David Wharton, Facility Maintenance Assistant Manager, and Jose Locquioa, ex-Facility Maintenance Supervisor and Human Resources Supervisor were notified. **They never asked Danny Looney. My complaint was ignored**

On Wednesday, January 6, 2016 at approximately 6:35, Rae Foster, Facility Maintenance, Tech III began to **make disparaging and harassment comments about my disability. She pointed to me and said she is calling the authority to pick up the crazy people to place him in jail, especially those people that don't take their medications.** She made comment of sexual connotation about me. Terry Devitt, Facility Maintenance Manager, Trinidad Wilson, Facility Maintenance Supervisor, David Wharton, Facility Maintenance Assistant Manager and Jose Locquioa, ex-Facility Maintenance Supervisor and Human Resources Supervisor were notified. **My complaint was ignored**

On Thursday, January 14, 2016, at approximately 6:40 am, Rae Foster, Facility Maintenance, Tech III rudely interrupted the briefing meeting and began to make disparaging and harassment comments about my disability.  Comparing me with another prime timer employee. Terry Devitt, Facility Maintenance Manager, Trinidad Wilson, Facility Maintenance Supervisor, David Wharton, Facility Maintenance Assistant Manager, and Jose Locquioa, ex-Facility Maintenance Supervisor and Human Resources Supervisor were notified.

On Thursday January 26, 2016 at 2:53 pm, I received an email from Leroy Pugh, Facility Maintenance, Tech IV, Erick Gill, Facility Maintenance, Tech IV, Rocky Carmean, Facility Maintenance, Tech II, **who witness the verbal abused, direct threat of violence, intimidation and harassment from Rae Foster against me.** They sent a copy of the email to Trinidad Wilson, Facility Maintenance North/South Supervisor and Jose Locquioa, Facility Maintenance Assistant supervisor. This had been a problem for many years and management do nothing about it.

On Thursday March 3, 2016 at approximately 6:35 am while conducting the briefing meeting, I was rudely interrupted by Rae Foster, Facility Maintenance, Tech III, and she began to offend me and harass me by saying that I was a stalker. **She become very belligerent and loud continued to harass me and attack me in front of all my co-workers. Rae threaten me and told me that she is going to wait n the parking garage to kick my ass.** I notified Trinidad Wilson, Facility Maintenance Supervisor, David Wharton, Facility Maintenance Assistant Manager, and Jose Locquioa, ex-Facility Maintenance Supervisor, Terry Devitt, Facility Maintenance Manager and Monica Woods Human Resources Supervisor. **Complaint was ignored**

On Thursday, March 3, 2016, at approximately 3:05 pm, while walking to my car, Rae Foster Facility Maintenance, Tech III **took a baseball bat out of her car and threating me to hit me with the bat. She swung the bat back and forth and told me that she was going to kill me.  She continued calling me. I** departed the property and **she began to follow me.**  I spoke and sent an emails to Trinidad Wilson, Facility Maintenance Supervisor, David Wharton, Facility Maintenance Assistant Manager, and Jose Locquioa, ex-Facility Maintenance Supervisor about Rae Foster harassment and uncontrollable behavior.  I notified Terry Devitt, Facility Maintenance Manager and Monica Woods, Human Resources Supervisor. **My Complaint was ignored**

On Saturday, March 26, 2016 at approximately 2:38 pm, while sitting on my desk, Trinidad Wilson, Facility Maintenance Supervisor came inside the room and told Rae Foster, Facility Maintenance, Tech III **"Ok Rae, take**

**care and don't hurt nobody this Easter. Rae began to laugh. Rae responded, "No, no yet, but I am about to." I felt offended about Trinidad comments knowing that I notified him about Rae constantly threaten me.** Terry Devitt, Facility Maintenance Manager, David Wharton, Facility Maintenance Assistant Manager, and Jose Locquioa, ex-Facility Maintenance Supervisor and Human Resources Supervisor were notified. On Thursday March 2, 2017, I sent this information to Ms. Summer L. Connelly, Office of Professional Standard Investigator.

On Wednesday, September 21, 2016 at approximately 9:30 am while talking to Erick Gill, Facility Maintenance, Tech IV about going to a HVAC lunch. Rae Foster, Facility Maintenance, Tech III came to the room and rudely **interrupt by being very belligerent and began to harass me and making disparaging comments about my disability in front of Erick** stating he does not need to go.  He does not know anything. **He is crazy.**

Ms. Woods, thank you for meeting with me on Friday, February 3, 2017 at 3:15pm in your office. I was confused of why I was transferred to the west building instead of Rae Foster, since on January 26, 2017, Rocky Carmean, Leroy Pugh, Eric Gill and I made a written complaint against Rae Foster outrageous and extreme violence behavior.
**Trinidad has ignored my complaints and does not take my complaints seriously, since I am not an African-America and I have a disability.** I have spoken with you about other co-workers with similar complaint. You told me that I am the only one who has comes with a complained about Rae. I notified you of the witness statements that were giving to Trinidad Wilson on January 26, 2017 by Rocky **Carmean, Leroy Pugh, Eric Gill and I.  I did mention that on January 7, 2017, Rocky Carmean, Leroy Pugh, Wilson Abraham and I, notified Trinidad Wilson in person and told him of Rae Foster uncontrollable violence behavior.  Trinidad is a supervisor and he showed unequal treatment and I feel discriminated against, because he does not turned in my harassment complaint, but turned in Rae Foster's complaint because she is Black like him.**

On Thursday, February 2 2017, at approximately 12:00 pm, I sent an email to Monica Woods, Human Resources Supervisor **defending myself of the false allegation against me by Rae Foster, Facility Maintenance, Tech III.** Leroy Pugh, Facility Maintenance, Tech IV was my witness and confirmed the allegation against me was false. Lee notified Trinidad that Rae was making false allegation. **Trinidad ignored Lee 'statement and did nothing to reprimand her for false allegation.  Trinidad refused to take my statement.**

On Thursday, February 2 2017, at approximately 1:45 pm, Trinidad Wilson, Facility Maintenance Supervisor for the West Building calling to meet with him on his office. Trinidad told me that I was temporarily transferred from

north/south building to the west building due to the complaint that I had placed against Rae 'foster. Trinidad refused to take my complaint, but forward Rae compliant to human resources.

On February 2, 2017, Lee Pugh, Facility Maintenance, Tech IV and I, spoke with Jose Locquioa, Ex- Facility Maintenance Assistant Supervisor that he was concerned with Rae's behavior and attitude. **Lee told he Jose that he does not feel safe around here and he'll go to bed thinking how to escape the room and what route to take in case Rae comes with a gun and started shooting at people.** Lee told Jose that he along with Rocky Carmean, Abraham Wilson, and Rico notified Trinidad about this and he does nothing about it. **We are trying to prevent workplace violence. Lee told Jose that it something happened, Trinidad will be responsible for this problem. We don't fell comfortable with Rae's comments and we feel afraid that her outburst become serious threat to all of us. Management keep ignoring my complaint**

On Saturday, January 7, 2017 at approximately 6:30 am while conducing the briefing meeting, I was rudely **interrupted and subjected of harassment, verbal abuse, intimidation and hostile work environment by Rae Foster, Facility Maintenance, Tech III.** She disrupted the briefing meeting and became very belligerent **making derogatory and racist statement about Puerto Ricans**. She said turned on the news, I want to see **that fucking Puerto Rican terrorist**. She continued making disparagement and racist comments calling me **illegal alien, cracker, idiot and dumb Puerto Rican**. We do not feel safe, because Rae placed a treat to all of us with her uncontrollable behavior. Terry Devitt, Facility Maintenance Manager, Trinidad Wilson, Facility Maintenance Supervisor, David Wharton, Facility Maintenance Assistant Manager, and Jose Locquioa, ex-Facility Maintenance Assistant supervisor. **Management keep ignoring the serious threat.**

On Tuesday, February 7, 2017, I received an email from Rocky Carmean that he sent to Terry Devitt, Facility Maintenance Manager of a meeting they had about his safety concern working around Rae Foster, in **which I had been complaining for the past three years and management had ignored my complaint to provide a safety work environment.**

On Thursday January 26, 2017 at approximately 7:45 am, while talking to Rocky Carmean inside the Facility Maintenance Room**, I was subjected to offensive, unwelcome conduct that was so severe and pervasive that it affected the terms and conditions of my job. Rae Foster, Facility Maintenance, Tech III threatened me to shoot me in from of co-workers.** Rocky Carmean, Erick Gill, Leroy Pugh. Terry Devitt, Facility Maintenance Manager, Trinidad Wilson, Facility Maintenance Supervisor,

David Wharton, Facility Maintenance Assistant Manager, and Jose Locquioa, ex-Facility Maintenance Supervisor and Human Resources Supervisor and Monique Woods, Human Resources Supervisor were notified.

On Wednesday, July 12, 17, 2017, at approximately 9:00 am while sitting on a chair eating breakfast on the table at Facility Maintenance dock 6, **Tiwary passed me and removed my hat from my head and placed my hat on the table. Tiwary told me to show respect while I am eating and removed my hat.**

On Thursday, July 7, 17, 2017, at approximately 12:00 pm while inside Facility Maintenance Break Room at hat again from my head and placed my hat on the table. **Tiwary told me, You do not listen, I told you to remove your hat when you eat on the table. Show some manner.**

On Thursday August 11, 2017 at approximately 9:30 am, while walking out from the Facility Maintenance break room at dock 6. Phu Phan. Facility Maintenance, Prime-timer was walking inside the Facility Maintenance break room, when he was confronted it by **Tiwary, Facility Maintenance Teck III in a very aggressive manner and very disrespectful and very belligerent stating "Hey, where the fuck have you been.  You supposed to come to dock 6 and reported that you are here. What the fuck are you doing?**
I immediately got involved and I asked Tiwary to stop cursing Phu. **Tiwary became very belligerent and using a lot of profanity against Phu stating "He needs to fucking report to someone here, instead of walking away. You are the fucking Tech 4 and you don't do anything about it. That is why this mother-fucker get away with shit.** I notified Tiwary that I had assigned Phu to check the restrooms.  I notified Tiwary to stop using profanity against Phu and to stop keeping track of everybody. Phu interrupted me and tried to explain to Tiwary that he was assigned by me and he is sick, but **Tiwary stated it "I do not give a fuck that you are sick.**

Tiwary continues attacking Phu. I immediately told Phu to leave the area. Tiwary told me that if he is working, this mother-fucker (referring to Phu) needs to work. I am not going to work and carry all the weight around here." I asked Tiwary several time to stop. I immediately walked away and went inside the office and notified Brain Kennedy. Brain Kennedy told me that he is going to talk to Tiwary.

On September 5, 2017 at approximately 9:00 am, while having breakfast at Facility Maintenance dock 6, Patrick, Phoung, Sally, Shantel, and Desmond Facility Maintenance, Prime-timer were talking about the Atlanta pastor who was accused of molesting boys at his church.  Tiwary got offended and

said the only one who can judge is God and if I am a preacher, I am not going to act like the people wants me to act, I am going to acts the way I wanted to act.  Desmond told him that if you are a preacher you can not go around and start cursing out. Tiwary got offended it and started. Am a preacher, but if I want to curse that is between me and my God. Desmond told him if you are a pastor of your church, you need to act like a pastor and stopped cursing so much.  **Tiwary told me I am not going to fucking act like you wanted me to act, fuck you.?**

On Wednesday, September 6, 2017, at approximately 11:05 am, while looking for material in the laydown room with Phoung Cao, Facility Maintenance prime-timer, Patrick, Facility Maintenance, Tech III, Desmond, Facility Maintenance, Prime-timer arrived to the laydown room. While talking about Tech 3 and Tech 4 positions, Tiwary, Facility Maintenance, Tech III arrived. **Tiwary got involved in the conversation and stated it that to get a Tech 4 job, you have to do like Rico, start sucking dick and kissing a lot of ass to get a promotion. I asked Tiwary, what did you said?  Tiwary became to laugh and said very disrespectful, you are ass kisser and that is why you got the tech 4 job. I am not taking any fucking order from you. You are the biggest waste of Orange County. You think you are white**. Go ahead and go to Terry Office and suck his dick. I immediately left with Phoung Cao and notified Brian Kennedy.

On Tuesday November 21, 2017 at approximately 2:35 pm while inside the break room at dock 6, I was on the computer reading my email, Hawk came in and said why people are no here, Mike said everybody is working instead Rico, he repeated it again. Mike began to talk about Jehovah witness and said they are a piece of shit, because they don't want to donate blood and let their kids died. Like the two kids that contrasted aid in the dentist. I told Mike to stop talking about people religions . **Mike replied, "You don't have a religion, crazy people don't believe in anything, because there is nothing in your head."**

On Wednesday November 22, 2017, at approximately 2:57 pm while waiting with Patrick, and Desmond, on dock 7 area to clock out, **Mike made a comment to me saying what do you have inside your head, that head is empty no brain. That head is hallow. People laugh.**

On Tuesday, November 21, 2017 at approximately 9:00am, while sitting and eating breakfast on the table in dock 6 Facility Maintenance ship Jim Allen **approaches Mike and showed him a video, then he came to me and showed me the same sex videos of a travesties making love to another man.**

**WEST BUILDING**

On March 15, 2016 at approximately 12:30 pm, I asked a question to a prime-timer and **Tiwary, Facility Maintenance, tech III became very belligerent and loud using profanity against me stating, I fucking told you. I told you that I don't fucking work for you**." Brain Kennedy, Facility Maintenance for the West building came out from his office and told Tiwary to stop being so loud. The supervisor allowed the abuse against me, showing unequal treatment. **Nothing was done to resolve his uncontrollable attitude. I notified Monica Woods, Human Resources and Terry Devitt, Facility Maintenance Manager and they** ignored my complaint.

On Thursday, February 2, 2017, at approximately 1:45 pm, Trinidad Wilson, Facility Maintenance Supervisor and Jose Locquioa, ex-Facility Maintenance Supervisor notified me that I was transferred to the West Building. **Trinidad refused to take my complaint of harassment against Rae Foster. Trinidad took Rae Foster complaint against me and forward to Human Resources.**

**On Saturday, February 12, 2017 at approximately 12:00 pm, I was confronted by Trinidad Wilson, North/South Facility Maintenance Supervisor and in a loud voice trying to intimidate me by asking me to looking at him**. He tried to show up in front of **other black co-workers** and using his authority to harass me, because I made a complaint of harassment against him and Rea Foster. I had complaint about his harassment, but management do nothing about my complaint.

On Thursday, March 23, 2017 at approximately 7:00 am, I was talking with Brain Kennedy, West Building Facility Maintenance Supervisor about Tiwary's uncontrollable Behavior. Kennedy told me that Tiwary needs to change his attitude. Brain also told me that he went to Terry Devitt's office and Trinidad Wilson, Facility Maintenance North/South Building Supervisor and Terry Devitt, Facility Maintenance Manager were making disparaging comments about me. Terry and Trinidad did not know that Brian was seating outside the office waiting for them. **You can see the harassment, discrimination and unequal treatment they have against me.**

On Saturday, March 25, 2017 at approximately 9:05 am, while driving on the golf cart with Patrick, Facility Maintenance, Tech III, **we passed Trinidad Wilson, Facility Maintenance Supervisor, he pointed at me and stared at me. I** notified Brian Kennedy Facility Maintenance West Building Supervisor and Mike Higgins, Facility Maintenance Assistant supervisor that **I feel harass by him, because he is showing up every time on the area that I worked. He is not the supervisor of this building.**

On Saturday, March 25, 2017 at approximately 11:30 am, while driving on the golf cart with Shantel, Facility Maintenance, Tech II, **Trinidad Wilson, North/South Facility Maintenance Supervisor stopped me again and stared at me while he was hugging Shantel**. He is not the supervisor for this building and he always here hugging women around. I complaint to Brian Kennedy and to Monica Woods, and Terry Devitt, Facility Maintenance manager that I feel harass by him, because he is showing up every time on the area that I worked**. He is not the supervisor of this building.  Management ignored my complaint**

On Tuesday, April 25, 2017, at approximately at 12:00 pm, while walking inside hall D, I observed once again Trinidad Wilson, Facility Maintenance North/South building Supervisor showing up on the area that I am working on. **Trinidad walked toward me and changed his face expression fixing his eyes on me**. I departed the area and he followed me to dock 6 Facility Maintenance room.  I had complaint about his harassment, **but management ignored my complaint**.

On Wednesday, April 26, 2017, While inside the Maximo room in the North/South Building fixing my computer table, **Trinidad Wilson, Facility Maintenance North/South building Supervisor came into the room and stared me for a long time.** Trinidad did not left the room. I immediately reported the problem to Brian Kennedy, Facility Maintenance Supervisor for the West Building and Monica Woods, Human Resources Supervisor. **Trinidad continued to abuse his power and tried to intimidate me, because of the complaint of harassment against him and Rae Foster.** I notified and Monica Woods, Human Resources Management and **Terry Devitt, Facility Maintenance Manager but they continued to ignored my complaints**

On Thursday, August 31, 2017, I sent an email to Hector Clemente, Facility Maintenance Assistant Supervisor requesting a meeting with him about **Tiwary uncontrollable behavior and harassment.**
On August 31, 2017, I notified Hector Clemente, Facility Maintenance Assistant Manager of the problem between Tiwary and Shantel which Brain Kennedy, Facility Maintenance West Building Supervisor didn't address.  Mr. Clemente ordered a meeting that attended Brain Kennedy, Ms. Barbara Jean Garcia, Union Steward, Ms. Shantel Fontanez, Facility Maintenance, Tech II, Tiwary, Facility Maintenance, Tech II and I.  After the meeting Mr. Clemente advised Shantel and Tiwary to take several courses offered by Human Resources. Tiwary was refusing to take. **Tiwary was written-up for being rude and disrespectful to Ms. Reina Davis and was advised to take courses due to her attitudes prior to this other incident. Tiwary disrespected Barbara Jean in front of all of us.**

On Tuesday, September 5, 2017 at approximately 12:00 pm, while eating lunch at Facility Maintenance dock 6, **Mike Bhagratie, Facility Maintenance, Tech IV and Tiwary, Facility Maintenance, Tech II began to harass me and attack my nationality saying that all Puerto Rican are laziest and parasites.  They both said that Puerto Rico only produces welfare recipients, drug dealers and thieves.** Everybody was laughing about their comments.  Brain Kennedy, West Building Facility Maintenance Supervisor and Mike Higgins, Facility Maintenance Assistant Supervisor were inside their offices and heard the comments, but nothing was done. I notified and Monica Woods, Human Resources Management and Terry Devitt, Facility Maintenance Manager but they continued to ignored my complaints

On Wednesday, September 6, 2017, at approximately 11:05 am **Mike Bhagratie, Facility Maintenance, Tech IV and Tiwary, Facility Maintenance, Tech III began to harass me and made racist comments about Puerto Rican and defamation statement saying that I was fag and I like littler boys. They were making offensive remarks in bad faith to damage my character. They continued to harass and talked about my nationality with sexual connotation**. I was embarrassed and told them to stop.  They continued harassing me front of other workers hey made racist and offensive remarks about my nationality with sexual connotation. Attacking my persona.  **Tiwary and Mike told everyone that I gave drugs to Mr. Brain Hunter, Ex-Facility Maintenance Supervisor and setting up with a minor to get promoter. They both said I sucked Brain Hunter's dick.** Terry Devitt, Facility Maintenance Manager, Brain Kennedy, Facility Maintenance Supervisor for the west building. Mike Higgins, Facility Maintenance Assistant Supervisor and Monique Woods, Human Resources Supervisor were notified.  They ignored my complaint.

On Tuesday, September 26, 2017, at approximately 9:30 am,  Tiwary, Facility Maintenance, Tech became very belligerent and loud telling me **"I don't fucking want to talk to you, because you're setting me up with Hector Clemente, Facility Maintenance Assistant Supervisor**.  I immediately notified Brain Kennedy, West Building Facility Maintenance Supervisor and Mike Higgins, Facility Maintenance Assistant Supervisor about Tiwary's comments of harassment.

On Tuesday, September 26, 2017 approximately 3:00 pm. I contacted Mr. Hector Clemente via cell phone and notified him **that Tiwary was threating me**.  I asked Mr. Clemente that I would like to have a meeting with him and Ms. Monica Woods as soon as possible. Mr. Clemente advised me to follow the change of command and notified Brain Kennedy. I notified Mr. Clemente that I had notified Brain.  Mr. Clemente informed me to write an email to Ms. Woods to set up the appointment.

On Tuesday, September 27, 2017, at approximately 7:15 am, **Tiwary, Facility Maintenance, Tech III in front of everyone began to harass me and told Brain Kennedy, West Building Facility Maintenance Supervisor when you are going to transferred Rico from the west building?** Mr. Kennedy told him that decision was Terry Devitt, Facility Maintenance Manager. I spoke with Mr. Kennedy and he told him that I feel harassed by Tiwary comments. Mr. Kennedy told me that he does know what Tiwary problem is. **Mr. Kennedy told me that he had spoken with Tiwary numerous of times about his negative attitudes, but he does not understand.**

On Thursday September 28, 2017 at approximately 6:36 am, I sent an email to Monica Woods, Human Resources Supervisor to meet with Hector Clemente, the new Facility Maintenance Assistant Supervisor to report the harassment that I was encountered.

On Friday, September 29, 2017 at approximately 2:30 pm, I met with Terry Devitt, Facility Maintenance Manager, Hector Clemente, the new Facility Maintenance Assistant Manager, and Monique Woods, Human Resources Supervisor and notified **them of the harassment and the unequal treatment that I was going through with three employees that constantly talked about my nationality, ethnics and making fun of my disability.** I notified them of employees coming under the which they ignored my complaint.

On Thursday, October 6, 2017 at approximately 8:35 am, Brain Kennedy, Facility Maintenance Supervisor for the West Building, radio called Tiwary, Facility Maintenance, Tech III was over the radio and asked him to meet with Hector Clemente, New Facility Maintenance Assistant Manager. Tiwary refused.  Brain Kennedy called me to relieved him.

On Wednesday, October 11, 2017 at approximately 2:00 pm, **Peter Larson began to make disparage comments and harassing me in front of all the co-workers stating "you need to leave, and take your medication."** I made the comments in front of Brian Kennedy, Facility Maintenance Supervisor and Mike Higgins, Facility Maintenance Assistant Supervisor.  Terry Devitt, Facility Maintenance Manager and Human Resources Supervisor and Monique Woods, Human Resources Supervisor were notified.

On Friday, October 13, 2017 at approximately 2:30 pm I asked Gary Mckuhem, Facility Maintenance, Tech IV. I asked him about where the radios are missing. Gary became loud and rude using profanity in front of Mike Higgins, Facility Maintenance Supervisor. Nothing was done about his attitudes and the uses of profanity, but If I do it. I will be written or suspended for using profanity.

On Wednesday, October 25, 2017**, I was threaten in front of co-workers with bodily harm by Tiwary, Facility Maintenance, Tech III. Witnesses statements of the threat were turned in to management.  Nothing was done about it.**

On Thursday, October 26, 2017 at approximately 10:00 pm, I was notified by Skip Donavan, Facility Maintenance, Tech IV that Tiwary was fired as a prime-timer and escorted from property because of his uncontrollable behavior and threaten people. Skip Donavan blamed Brain Kennedy because he does nothing about it. Management was notified.

On Wednesday, November 22, 2017 at approximately 9:05 am Jim Allen, Facility Maintenance, Tech III, **Mike Bhagratie, Facility Maintenance, Tech IV, Tiwary, Facility Maintenance, Tech III began to harass me and making comments with sexual connotation stating that I am the one who dressed up light Santa Claus to abuse the kids in front of co-workers.** Everybody was laughing. Making comments that I was a damage man. Management was notified.

On Tuesday, December 12, 2017 at approximately 7:00 am while talking with Mike Higgins inside Facility Maintenance dock 6, Jim Allen, Facility Maintenance, Tech III rudely interrupted the conversation and told Mike, "Rico's names was mentioned again." I asked Mr. Higgins what he is taking about that my name was mentioned? Mr. Higgins I don't know, why you don't asked him? **I asked Jim and he responded "Fuck you, You need to go back to your fucking country."** I notified Brian Kennedy, Facility Maintenance Supervisor and Mike Higgins, Facility Maintenance Assistant Supervisor. Terry Devitt, Facility Maintenance Manager and Human Resources Supervisor and Monique Woods, Human Resources Supervisor were notified.

On Tuesday, February 6, 2018 at approximately 9:15 am while eating breakfast inside Facility Maintenance Break Room inside dock 6, Jim Allen told me in a sarcastic manner, there are going to be some changes around here. I asked Jim what changes it.  Jim responded "You'll see." **Jim told me that he was going to be the next tech 4. He was going to make the decision around there. He told me that I was getting fired.  I did he know that information and began to make gesture of his face and hand of a disable person.**

On Tuesday, February 6, 2018 at approximately 12:05 pm while having lunch in Facility Maintenance Break room at dock 6, Jim Allen told me, I am going to be making decision of around here, there is going to be a new sheriff in town**. He began to make fun about my disability by making south of a bell  "Tin, Tin, Tin with his mouth and stating "The bus is coming to lock up the crazy people. Everyone stating to laugh..**

On Thursday February 8, 2018 at approximately 9:00 while inside the tech room at dock 6, Jim Allen, Facility Maintenance, Tech III, I asked Jim to check the restroom inside the hall B.  Jim told me that he cannot do it because he was leaving at 12 pm to go to Professional Standard. He pulled out the paper and showed me the email sent from Professional standard. Jim stated it in a sarcastic manner "You better be good to me, if you don't want me to say anything." I told Jim that I know he has an agenda. **Jim began to make gesture with his hands.  He asked me you know what is this, you are getting fucked" and I can say anything I wanted. He left laughing and saying what a wonderful day.**  I notified Brank Kennedy, Facility Maintenance supervisor for the West Building that I feel harass by Jim and told him I told me.  Brain told me no to worry about it.

On Wednesday, February 14, 2018, at approximately 2:15 pm, while I was going inside the Facility Maintenance Break Room at dock 6, I passed by Jim Allen inside dock 6.  Jim was talking on the phone and he said, waited that Rico is here, let me go outside. After Jim finished talking on the phone, he came inside the room. I asked him why he is mentioning my name. Jim began to laugh and stated "Am doing wonderful how about you." I asked him if he has any problem. Jim told me that he was doing wonderful and there is a beautiful day. **He continued making fun of me stating "Dim, Dim, Dim, that is the bell. Tony Melaya, Facility Maintenance Assistant supervisor was echoing** . Andrea, Facility Maintenance Maximo Clerk was laughing every time Jim made fun of me. **Jim continued to harass me and  making sound with his mouth of ringing a bell.** I asked Jim what do you mean when you said Dim, Dim**.  Jim continued to harass me and make fun of me and making everybody laugh about me and making comment about being cucu.**

I believe I have been denied union representation because I filed a charged of discrimination with the EEOC, my disability, and national origin.

10.    Plaintiff's repeated complaints to Employer and Wayne Revella, Chief Union Steward, Laborers' Local 517 and David Brier, Business Manager, Laborers' Local 517 regarding the conduct of his co-employees were consistently ignored.

11.    In addition, Plaintiff's request for reasonable accommodation (movement to a place where he would encounter limited contact with other employees of Employer) were ignored by Employer and Wayne Revella, Chief Union Steward, Laborers' Local 517 and David Brier, Business Manager, Laborers' Local 517.

12.     Employer's callous disregard for the plight of Plaintiff was, in large part, meant as retaliation for the complaints he made because of this toxic work environment.

13.     This condition persisted up to and after he filed the complaints of discrimination with the EEOC and continued until he was terminated on April 18, 2018.

14.     Since the filing both Employer Charges, Plaintiff was subject to harassment and denied union representation. Chief Union Steward Wayne Revella, David Brier, Business Manager, Local 517 and Chief Union Steward William Ross all failed to represent Plaintiff due to his disability and national origin. The Union acted arbitrarily, discriminatorily, and in bad faith. Due to the actions by the Union representatives, Plaintiff was deprived of an opportunity to appeal his termination through the union representative.

At all material times the Union representatives were aware of the extensive history of harassment and discrimination against Plaintiff as described in the timeline above.

## IV.   CAUSES OF ACTION

**COUNT ONE:        DISCRIMINATION IN VIOLATION OF THE FLORIDA CIVIL RIGHTS ACT OF 1992 AGAINST DEFENDANT**

15.     Plaintiff re-alleges the allegations set forth in paragraphs 6 through 14 as if fully set forth herein.

16.     Plaintiff has satisfied all jurisdictional prerequisites in connection with his claim under Florida Commission on Human Relation.

17.     At all times relevant, Defendant was a "labor organization" and Plaintiff was an "employee and member," as those terms are defined by the Florida Commission on Human Relation.

18.     Plaintiff's discharge was motivated by gender, disability, race and/or age discrimination and retaliation in violation of the Florida Civil Rights Act of 1992.

19.     Defendant's actions were motivated by gender, disability, race and/or age discrimination and retaliation in violation of the Florida Civil Rights Act of 1992.

20.     Defendant's actions were malicious or with reckless indifference to Plaintiff's protected rights.

21.     As a direct and proximate consequence of Defendant's violation, Plaintiff has suffered damages.

22.     Plaintiff's damages include lost wages, past and future pain and suffering, past and future mental anguish, inconvenience, and loss of enjoyment of life.

23.     Plaintiff seeks damages, exemplary damages, pre- and post-judgment interest, attorneys' fees, and costs.

**COUNT TWO:        DISCRIMINATION IN VIOLATION OF TITLE VII AGAINST DEFENDANT**

24.     Plaintiff re-alleges the allegations set forth in paragraphs 6 through 14 as if fully set forth herein.

25.     Plaintiff has satisfied all jurisdictional prerequisites in connection with his claim under Title VII.

26.     At all times relevant, Defendant was a "labor organization" and Plaintiff was an "employee and member," as those terms are defined by Title VII.

27.     Plaintiff's discharge was motivated by gender, disability, race and/or age discrimination and retaliation in violation of Title VII.

28.     Defendant's actions were motivated by gender, disability, race and/or age discrimination and retaliation in violation of Title VII.

29.     As a direct and proximate consequence of Defendant's violation, Plaintiff has suffered damages.

30.     Plaintiff's damages include lost wages, past and future pain and suffering, past and future mental anguish, inconvenience, and loss of enjoyment of life.

31.     Plaintiff seeks damages, exemplary damages, pre- and post-judgment interest, attorneys' fees, and costs.

**COUNT THREE:     DISCRIMINATION IN VIOLATION OF THE ADA AGAINST DEFENDANT**

32.     Plaintiff re-alleges the allegations set forth in paragraphs 6 through 14 as if fully set forth herein.

33.     Plaintiff has satisfied all jurisdictional prerequisites in connection with his claim under the ADA.

34.     Plaintiff's discharge was motivated by disability in violation of the ADA.

35.     At all times relevant, Defendant was a "labor organization" and Plaintiff was an "employee and member," as those terms are defined by the ADA.

36.     Defendant's actions were motivated by Plaintiff's disability.

37.     As a direct and proximate consequence of Defendant's violation, Plaintiff has suffered damages.

38.     Plaintiff's damages include lost wages, past and future pain and suffering, past and future mental anguish, inconvenience, and loss of enjoyment of life.

39.     Plaintiff seeks damages, exemplary damages, pre- and post-judgment interest, attorneys' fees, and costs.

**COUNT FOUR:     DISCRIMINATION IN VIOLATION OF THE ADEA AGAINST DEFENDANT**

40.     Plaintiff re-alleges the allegations set forth in paragraphs 6 through 14 as if fully set forth herein.

41.     Plaintiff has satisfied all jurisdictional prerequisites in connection with his claim under the ADEA.

42.     At all times relevant, Defendant was a "labor organization" and Plaintiff was an "employee and member," as those terms are defined by the ADEA.

43.     Plaintiff's discharge was motivated by age discrimination in violation of the ADEA.

44.     Defendant's actions were motivated by Plaintiff's age.

45.     As a direct and proximate consequence of Defendant's violation, Plaintiff has suffered damages.

46.     Plaintiff's damages include lost wages, past and future pain and suffering, past and future mental anguish, inconvenience, and loss of enjoyment of life.

47.     Plaintiff seeks damages, exemplary damages, pre- and post-judgment interest, attorneys' fees, and costs.

**COUNT FIVE:       RETALIATION UNDER THE FLORIDA HUMAN RIGHTS ACT OF 1992 AND TITLE VII AGAINST DEFENDANT**

48.     Plaintiff re-alleges the allegations set forth in paragraphs 6 through 14 as if fully set forth herein.

49.     Defendant retaliated against Plaintiff by not properly representing him in his actions against Employer, in violation of the Florida Human Rights Act of 1992 and Title VII.

50.     The retaliation against Plaintiff was malicious or done with reckless indifference to his protected rights.

51.     As a direct and proximate consequence of Defendant's violation, Plaintiff has suffered damages.

52.     Plaintiff's damages include lost wages, past and future pain and suffering, past and future mental anguish, inconvenience, and loss of enjoyment of life.

53.     Plaintiff seeks damages, exemplary damages, pre- and post-judgment interest, attorneys' fees, and costs.

## V.    JURY DEMAND

54.     Plaintiff demands a jury trial and has tendered the appropriate fee.

## VI.    PRAYER

WHEREFORE, Plaintiff respectfully requests that the Court:

A.     Issue summons for Defendant to appear and answer;

B.     Award to Plaintiff a judgment against Defendant for:

1.     Actual damages, including lost wages and benefits (both past and future), the sum to be determined at time of trial;

2.     Compensatory damages, statutory liquidated damages, and equitable damages in the maximum amount allowed by law;

3.     Exemplary Damages;

4.     Such other equitable relief as may be appropriate;

5.     Pre- and post-judgment interest;

6.     Attorneys' fees; and

7.     Costs.

Plaintiff also requests that the Court award all other relief to which Plaintiff is entitled in equity and at law.

Respectfully Submitted

*/s/ Gary E. Smith*
Gary E. Smith
FSBN: 0190111
Gary E. Smith PC
1401 Burnham Drive
Plano, Texas 75093
850-637-2501 – direct
469-209-8327 – office
Gespc1@yahoo.com

**ATTORNEYS FOR PLAINTIFF
RAFAEL CORDERO**